## WALKER v. STATE.
### No. 19888.

Court of Criminal Appeals of Texas.
Nov. 9, 1938.

W. A. Shofner, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for theft of turkeys; punishment assessed at one hundred days' confinement in the county jail.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.